UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:03-CR-95-003 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE EDGAR |
| SHAWN RADER | ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on May 21, 2007, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision of Supervising U.S. Probation Officer Janet F. Landers. Those present for the hearing included:

(1) AUSA James Brooks for the USA.
(2) The supervised releasee, SHAWN RADER.
(3) Attorney Mary Ellen Coleman of Federal Defender Services of Eastern Tennessee, Inc. for defendant.
(4) Deputy Clerk Pam Scott.

After being sworn in due form of law, the supervised releasee was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services of Eastern Tennessee, Inc. was appointed to represent the defendant. It was determined that defendant had been provided with and reviewed with counsel a copy of the Petition for a Warrant or Summons for an Offender Under Supervision.

AUSA Brooks moved the defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier.

Defendant waived his right to a preliminary hearing but requested to have his detention hearing and time to prepare for the detention hearing. Defendant's detention hearing was scheduled for **Tuesday, May 22, 2007 at 2:30 p.m.**

### Findings

Based upon the petition and defendant's waiver of preliminary hearing, the undersigned finds there is probable cause to believe the defendant has committed violations of his conditions of supervised release as alleged in the petition.

<u>Conclusions</u>

It is ORDERED:

(1)  The supervised releasee shall appear for a revocation hearing **before U.S. District Judge Collier on Thursday, June 21, 2007 at 2:00 p.m.**.

(2) The motion of AUSA Brooks that defendant be DETAINED WITHOUT BAIL pending his revocation hearing is set for **Tuesday, May 22, 2007 at 2:30 p.m.**


ENTER.


                                      s/*Susan K. Lee*
                                      SUSAN K. LEE
                                      UNITED STATES MAGISTRATE JUDGE