UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:03-CR-95-003 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE EDGAR |
| SHAWN RADER | ) | |

MEMORANDUM AND ORDER

The supervised releasee, SHAWN RADER, appeared for a detention hearing before the undersigned on May 22, 2007, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision of Supervising U.S. Probation Officer Janet F. Landers. Those present for the hearing included:

(1) AUSA James Brooks for the USA.
(2) The supervised releasee, SHAWN RADER.
(3) Attorney Mary Ellen Coleman of Federal Defender Services of Eastern Tennessee, Inc. for defendant.
(4) Deputy Clerk Pam Scott.
(5) Court reporter Shannan Andrews.

After being sworn in due form of law, the supervised releasee was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Brooks moved the supervised releasee be detained without bail pending his revocation hearing before U.S. District Judge Collier. Attorney Coleman made a proffer concerning supervised releasee, and AUSA Brooks called U.S. Probation Officer Sladjauna D. Hayes to testify.

Findings

The supervised releasee has not carried his burden under Rules 32.1(a)(6) and 46(d) of the Federal Rules of Criminal Procedure, of establishing that, if released on bail, he will not flee or pose a danger to any other person or to the community.

Conclusions

It is ORDERED:

The supervised releasee is DETAINED WITHOUT BAIL pending the Rule 32.1 revocation hearing before U.S. District Judge Collier.

ENTER.

                                                s/*Susan K. Lee*
                                                SUSAN K. LEE
                                                UNITED STATES MAGISTRATE JUDGE